This is to advise that on August 23, 2007

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 07-128

In action

Consol. Ct. No. 05-00560

Koyo Seiko Co., Ltd. et al.,
(Plaintiffs,)

v.

United States,
(Defendant,)

and

Timken US Corporation et al.,
(Defendant Intervenors.)